# ELECTRONIC RECORD

**287-15**

COA # 01-13-01028-CR          OFFENSE: DWI

STYLE: Lesle Markle v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: Co Crim Ct at Law No 12

DATE: 02/05/2015          Publish: NO          TC CASE #: 1865367

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Lesle Markle v. The State of Texas          CCA #: **287-15**

**APPELLANT'S** Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 06/17/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**